MHN

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Abdessettar Ibourki,
        **Plaintiff**

v.

United States Attorney General: Michael Mukasey

Department of Homeland Security Secretary: Michael Chertoff

United States Citizenship and Immigration Services
    (USCIS) Director: Emilio T. Gonzalez

USCIS Chicago District Office Director: Ruth Dorochoff

        **Defendants**

08CV1799
JUDGE GUZMAN
MAGISTRATE JUDGE COX

FILED
MAR 2 8 2008   NR
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR HEARING ON NATURALIZATION APPLICATION

### Introduction

Plaintiff Abdessettar Ibourki, Pro Se, brings this action to request that the District Court determine his eligibility for naturalization, or in alternative to request that the District Court compel the Defendants to adjudicate his application for naturalization. The Plaintiff's application has been on file with the Citizenship and Immigration Services (CIS) since February 2004, and the Defendants have not made the decision on the application.

### Parties

1. Plaintiff is Abdessettar Ibourki (Alien Registration Number A 047-024-731), a naturalization applicant. He is a resident of 2009 W. Arthur Ave, Apt #2 Chicago, Illinois, 60645.

2. Defendants are the Attorney General of the United States, and the agencies of the United States government involved in the acts challenged in this complaint, as well as their officers.

## Jurisdiction

3. Jurisdiction is conferred on the Court by 8 U.S.C. §1447(b); 28 U.S.C. §1361; 28 U.S.C. §1331(a); 8 U.S.C. §§1443-1448; 5 U.S.C. §§701-706. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§2201 and 2202 and Fed. R. Civ. P. 57 and 65.

4. Costs and fees will be sought pursuant to the equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d).

## Venue

5. Venue is the Northern District of Illinois. This is proper pursuant to Title 28 U.S.C. §1391(e), in that I am a resident of Illinois, and a substantial part of the activities complained of occurred in this district.

## Statement of facts and procedural history

6. In 1999, I was admitted as a lawful Permanent resident Alien of the United States.

7. On February 2004 after living continuously in the United States as a legal permanent resident for five years as required under INA 8 U.S.C. §1427(a), I submitted my application to become a naturalized citizen to the INS (now USCIS). (Exhibit 1)

8. On March 16, 2004, I was scheduled for fingerprinting (exhibit 2).

9. On September 17, 2004, I appeared for examination before an officer of the USCIS. During this examination I took and passed the tests required to INA 8 U.S.C. §1427. The USCIS officer concluded that "A decision cannot yet be made about your application." (exhibit 3)

10. On June 15, 2005, and after so many phone calls, and inquiries to the USCIS, I contacted the congressman Tim Johnson office to seek his assistance regarding my naturalization case.

11. On July 13, 2005, I received a letter from the congressman Tom Johnson informing me that "according to CIS, their information shows that your FBI "name check" clearance has not been completed." (exhibit 4)

12. On November 19, 2005 and after numerous enquiries to the USCIS, I received a letter from the USCIS Chicago District Office informing me that "A final decision cannot be made on any application for naturalization or adjustment of status to permanent resident until national security checks are complete." (exhibit 5)

## Remedies Sought

13. I seek to have the District Court adjudicate my eligibility for naturalization, pursuant to INA §336(b), 8 U.S.C. §1447(b). I further seek to have this Court administer to me the oath of allegiance, if this Court finds me eligible for naturalization.

14. Alternatively, I ask that the District Court compel the District Director of the Bureau of Citizenship and Immigration Services to adjudicate my application for naturalization on which I was interviewed.

## Plaintiff's Claim for Relief

15. I reallege and incorporate by reference Paragraphs (1) to (14), inclusive.

16. Defendants have violated and continue to violate INA §336(b), 8 U.S.C. §1447(b), in that they have failed to make a determination on my naturalization application.

17. Defendants have further failed to notify me that my naturalization application has been granted or denied, as required by 8 C.F.R. §335.

18. if the application has been denied, the defendants have failed to notify me of the procedure to be followed to request a hearing on the denial, as required by 8 C.F.R. §336, and of the subsequent right to timely file a petition for review in the District Court, as required by 8 C.F.R. §339.

19. If the application has been denied, I have been unlawfully deprived of his right to timely file a new application for naturalization.

20. If the application has been approved, the defendants have failed to notify me of the procedures to be followed for the administration of the oath of allegiance as required by 8 C.F.R. §337.

21. If the application has been determined deficient, the defendants have failed to advise me of the deficiencies as required by 8 C.F.R. §335.3.

22. As a result of these violations, I have been unlawfully deprived of the opportunity to timely obtain the substantial and unique benefits of naturalization.

## Irreparable harm

23. As a result of the Defendants' failure to perform their duty as reference to sections (1) to (22), inclusive, I have suffered, am suffering, and will continue to suffer irreparable harm. I have been deprived of the substantial and unique benefits of citizenship, including protection of the laws of the United States equal to that of citizens; political rights including the right to vote; the right to enter and remain in the United States; freedom of movement and travel; the right to obtain the United States passport; the protection of the United States government when outside of the United States. I have been subjected to fear, despair, and uncertainty engendered by the inability to obtain citizenship, including the inability to travel and to carry out the necessary activities out of concern that I will miss a swearing-in ceremony.

## Request for Relief

WHEREFOR, I request that this Court:

24. Accept jurisdiction and maintain continuing of this action.

25. Declare as unlawful the violation by Defendants of I.N.A. §335(b), 8 U.S.C. §1447(b), in that they have failed to make a determination on the naturalization application.

26. Declare as unlawful the violation by the Defendants of 8 C.F.R. §335, in that they have failed to notify me that my naturalization application has been granted or denied.

27. Declare as unlawful the violation by the Defendants of 8 C.F.R. §337, in that they have hailed to notify me of the procedures to be followed for administration of the oath of allegiance subsequent to any approval of my application.

28. Declare the above violations to be agency action unlawfully withheld and unreasonably delayed, and/or agency action that my arbitrary and capricious and an abuse of discretion, pursuant to 5 U.S.C. §706(1).

29. Adjudicate my eligibility for naturalization, pursuant to INA §33(b), 8 U.S.C. §1447(b), and if the Court finds me eligible for naturalization, to administer the oath of allegiance to me.

30. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. §1361 and 5 U.S.C. §706(1), compelling the District Director of the Bureau of Citizenship and Immigration Services to adjudicate my application for naturalization, and to notify me whether my application has been granted or denied and of the procedures to be followed based upon this decision.

31. Issue a writ in nature of mandamus, pursuant to 28 U.S.C. §1361 and 5 U.S.C. §706(1),compelling Defendants and their agents to make a determination on my application for naturalization, and to notify me whether my application has been granted or denied and of the procedures to be followed based on this decision.

32. Grant the costs of this suit under the Equal Access to Justice Act, 28 U.S.C. §2412.

33. Grant such other relief as this Court may deem just and proper.

Dated this 28 day of March, 2008

Respectfully Submitted,

Abdessettar Ibourki
2009 W. Arthur Ave Apt 2
Chicago, IL 60645
(217) 819-0411

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt | | | | NOTICE DATE<br>February 10, 2004 |
|---|---|---|---|---|
| **CASE TYPE**<br>N400  Application For Naturalization | | | | **INS A#**<br>A 047 024 731 |
| **APPLICATION NUMBER**<br>LIN*000625543 | **RECEIVED DATE**<br>February 03, 2004 | | **PRIORITY DATE**<br>February 03, 2004 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
ABDESSETTAR IBOURKI
PO BOX 2046
CHAMPAIGN IL 61825

**PAYMENT INFORMATION:**

Single Application Fee:    $310.00
Total Amount Received:    $310.00
Total Balance Due:              $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:              June 09, 1972
Address Where You Live:  717 S RANDOLPH ST # 21
                         CHAMPAIGN IL 61820

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZAT
PO BOX 87400
LINCOLN NE 68501-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

EXHIBIT 1

LINS000582783



Form I-797C (Rev. 09/07/93) N

# APPLICATION INFORMATION WORKSHEET

PLEASE ANSWER THE FOLLOWING QUESTIONS AND GIVE THIS FORM TO THE FINGERPRINT TECHNICIAN WHEN YOU ARE FINISHED

NAME: __BOURKI_____ __ABDESSETTAR_____ _____
           Last                         First                    Middle

RESIDENT ADDRESS: __PO Box 2046 Station A_____
                     Street                      Apt.

*# 01/10/06 called*

__Champaign__ __IL__ __61825__
City        State     Zip Code

DATE OF BIRTH: __06__ __09__ __72__
                     Month Day Year

SOCIAL SECURITY NUMBER: __157 - 04 - 7692__

ALIEN REGISTRATION NUMBER: A __047 024 731__

COUNTRY OF BIRTH: __MOROCCO__

STATE, TERRITORY, OR PROVINCE IN COUNTRY OF BIRTH: (i.e. Alberta, Canada or Guadalajara, Mexico?) __KHOURIBGA, MOROCCO__

LIST ANY OTHER NAMES YOU HAVE USED: (maiden name, previous married name, alias) __none__

COUNTRY OF CITIZENSHIP: __MOROCCO__

REASON FOR FINGERPRINT APPLICATION:

✓ N-400  ___ I-485  ___ I-600(A)  ___ Other (Please indicate type)

SEX: Male ✓ Female ___

RACE: Please check one. (Choose the most appropriate code.)

___ American Indian or Alaskan Native (I)   ___ Black (B)   ___ Unknown (U)

___ Asian or Pacific Island (A)   ✓ White (W) (Hispanic also check)

HEIGHT: __5__ Feet __11__ Inches   WEIGHT: __170__ Pounds

EYE COLOR: Please check one. (Choose the most appropriate.)

___ Black   ✓ Brown   ___ Green   ___ Gray   ___ Pink   ___ Hazel   ___ Blue   ___ Maroon

HAIR COLOR: Please check one. (Choose the most appropriate.)

✓ Black   ___ Bald   ___ White   ___ Brown   ___ Sandy   ___ Red   ___ Gray   ___ Blonde

---

**LOCAL AIW STAMP**
FORM FD-258 COMPLETED AT BCIS/DLEA
ON: __031604__   BY: __DBINEK__

---

EXHIBIT 2

*[handwritten at top:]* # Service center where u submitted your app.

U.S. Department of Justice
Immigration and Naturalization Service

**Naturalization Interview Results**

A#: __047 024 731__

On SEPT. __17__, 2004 you were interviewed by **USCIS Officer C. Goodwin**

- [x] You passed the tests of English and U.S. history and government.
- [ ] You passed the test of U.S. history and government and the English language requirement was waived.
- [ ] The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- [ ] You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- [ ] Please follow the instructions on the Form N-14.
- [ ] INS will send you a written decision about your application.

- [ ] You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __X__ A decision cannot yet be made about your application. *Pending Completion of background investigation*

**It is very important that you:**
- ✓ Notify INS if you change your address.
- ✓ Come to any scheduled interview.
- ✓ Submit all requested documents.
- ✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- ✓ Go to any oath ceremony that you are scheduled to attend.
- ✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99) Y

EXHIBIT 3

**TIMOTHY V. JOHNSON**
15TH DISTRICT, ILLINOIS

**AGRICULTURE**
GENERAL FARM COMMODITIES
AND RISK MANAGEMENT

**TRANSPORTATION AND INFRASTRUCTURE**
AVIATION
HIGHWAYS AND TRANSIT

**SCIENCE**
RESEARCH
ENVIRONMENT, TECHNOLOGY, AND STANDARDS



# Congress of the United States
## House of Representatives
Washington, DC 20515–1315

July 13, 2005

REPLY TO:
☐ WASHINGTON OFFICE:
1229 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2371

DISTRICT OFFICES:
☒ 2004 FOX DRIVE
CHAMPAIGN, IL 61820
(217) 403-4690

☐ 1 BRICKYARD DRIVE
SUITE 201
BLOOMINGTON, IL 61701
(309) 663-7049

☐ 655 WEST LINCOLN
UNIT 8
CHARLESTON, IL 61920
(217) 348-8759

☐ 1001 MARKET STREET
SUITE 102
MOUNT CARMEL, IL 62863
(618) 262-8719

Mr. Abdessettar Ibourki
717 S Randolph St #21
Champaign, IL 61820

Dear Mr. Ibourki:

In response to my inquiry, I received the following information from the CIS Chicago District Office regarding the status of your citizenship oath ceremony.

According to CIS, their information shows that your FBI "name check" clearance has not been completed. CIS cannot schedule you for an oath until this process is complete and their records are updated with the results. It is uncertain the time period it takes for the results to be electronically submitted to CIS by the FBI and updated in their national records. CIS checks their systems weekly for updated results and will schedule you for an oath ceremony once the results are received.

I regret I cannot offer you a more favorable response. In the meantime, if you have any questions, please contact my staff assistant, Jennifer Callahan, at the phone number marked above.

Thank you for the opportunity to have been of assistance to you in this matter.

Sincerely,

Tim Johnson
Member of Congress

TVJ/jc

EXHIBIT 4

U.S. Department of Homeland Security
10 W. Jackson Boulevard
Chicago, IL 60604



U.S. Citizenship
and Immigration
Services

### NOTE TO APPLICANTS REGARDING NATIONAL SECURITY CHECKS

A final decision cannot be made on any application for naturalization or adjustment of status to permanent resident until national security checks are complete and the local USCIS office receives a response.

National security checks are performed by federal agencies other than the United States Citizenship and Immigration Services (USCIS). Your local USCIS office has no control over the pace of completion of these required checks.

At any given time, there are many hundreds of this office's cases pending due to national security checks. A significant portion of these checks takes more than six months to complete. At the USCIS Chicago District Office, cases with pending security checks are queried every week to ensure that those whose checks have cleared are acted on in a timely manner.

The USCIS Chicago District Office requests that you wait at least 120 days from the date of your interview before making an inquiry regarding the status of your case, if you have been advised at your interview that your security check (or name check) is pending. Your cooperation helps us to use office personnel more efficiently to complete your case and others that are pending.

USICIS thanks you for your patience and understanding in this matter.

Sincerely,

[signature]

Michael M. Comfort
District Director

November 19 05

EXHIBIT 5