*M/tw*

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _ABDESSETTAR, ISOURKI_
(Please print)

STREET ADDRESS: _2009, W. ARTHUE Apt #2_

CITY/STATE/ZIP: _CHICAGO IL 60645_

PHONE NUMBER: _(217) 819-0411_

CASE NUMBER:
08CV1799
— JUDGE GUZMAN —
MAGISTRATE JUDGE COX

_____          _03/28/08_
Signature                              Date

# FILED
MAR 2 8 2008    NF

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**