AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Plaintiff

ABDESSETTAR, IBOURKI

v.

United States Attorney General
Michael, Mukasey

08CV1799
JUDGE GUZMAN
MAGISTRATE JUDGE COX

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)  MICHAEL, MUKASEY
US Department of Justice
950, Pensylvania Ave, NW
Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ABDESSETTAR IBOURKI
2009 W. Arthur Ave Apt #2
Chicago IL 60645

an answer to the complaint which is herewith served upon you within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR 2 8 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 03/28/08 |
| NAME OF SERVER *(PRINT)* ABDESSETTAR, ABOURKI | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  ROGERS PARK POSTAL STORE
CHICAGO, IL 60626 9998
(773) 508-1201

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50.00 | $25.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/02/08
            Date       *Signature of Server*

2009 W. Arthur Ave Apt #2 Chicago IL 60645
    *Address of Server*

FILED
MAY 0 2 2008  TG
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>APR 0 2 2008 |
| 1. Article Addressed to:<br>United State Attorney General<br>MICHAEL MUKASEY<br>US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

ABDESSETTAR, IBOURKI
2009 W Arthur Ave Apt #2
Chicago IL 60645

FILED
MAY 02 2008  TG
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

