

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Plaintiff

ABDESSETTAR, IBOURKI   CASE NUMBER: **08CV1799**

V.   ASSIGNED JUDGE: **JUDGE GUZMAN**

USCIS Chicago District Office Director:   DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

Ruth Dorochoff

TO: (Name and address of Defendant)
Ruth Dorochoff
101 West Congress Parkway
Chicago, IL 60605

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ABDESSETTAR, IBOURKI
2009 W. Arthur Ave Apt #2
Chicago IL 60645

an answer to the complaint which is herewith served upon you within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE   MAR 2 8 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 03/28/08 |
| NAME OF SERVER *(PRINT)* ABDESSETTAR, IBOURKI | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): ROGERS PARK POSTAL STORE
CHICAGO IL 60626 249 998
(773) 508-1201

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50.00 | $25.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 05/02/08
            Date

Signature of Server

Address of Server: 2009 W. Arthur Ave Apt #2 Chicago IL 60645

FILED
MAY 02 2008 TG
Nov 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>USCIS Chicago District office<br>director: RUTH, DOROCHOFF<br><br>101 West Congress Parkway<br>Chicago IL 60645 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[postmark: 31 2008]<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABDESSETTAR ROURKI
2009 W Arthur Ave Apt #2
Chicago IL 60645

MAY 02 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

CHICAGO IL 60605

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | $2.65 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.MAR | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.30  03/28/2008 |

Recipient's Name (Please Print Clearly) (to be completed by mailer) DOROTHOFF
USCIS Chicago district director Ruth,
Street, Apt. No.; or PO Box No.
101 West Congress Parkway
City, State, ZIP+4
Chicago IL 60645