

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Plaintiff

ABDESSETTAR, IBOURKI

v.

USCIS Director
Emilio T. Gonzalez

08CV1799
JUDGE GUZMAN
MAGISTRATE JUDGE COX

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)   EMILIO GONZALEZ
Department of Homeland Security
US, Citizenship and Immigration Services
Washington, DC 90258

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ABDESSETTAR IBOURKI
2009, W. Arthur Ave. Apt #2
Chicago IL 60645

an answer to the complaint which is herewith served upon you within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR 28 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 03/28/08 |
| NAME OF SERVER *(PRINT)* ABDESSETTAR, IBOURKI | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): ROGERS PARK POSTAL STORE
CHICAGO, IL 60626269 998
(773) 508-1201

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50.00 | $25.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/02/08
              Date            Signature of Server

2009 W. Arthur Ave Apt #2 Chicago IL 60645
Address of Server

FILED
May 2, 2008
MAY 02 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   USCIS Director
   Emilio Gonzalez
   Department of Homeland Security
   USCIS
   Washington DC ~~90053~~
   20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent ☐ Addressee

B. Received by (Printed Name): DHS
C. Date of Delivery: 4-3-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABDESSETTAR, IBOURKI
2009 W. Arthur Ave Apt #2
Chicago IL 60645

FILED
MAY 02 2008 TG
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WASHINGTON DC 20528

| | |
|---|---|
| Postage | $1.48 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.28 |

Postmark: ROGERS PARK STATION, MAR 28 2008, 03/28

7000 0600 0025 5484 3715

Recipient's Name (Please Print Clearly) (to be completed by mailer)
USCIS Director Emilio Gonzalez
Street, Apt. No.; or PO Box No.
Department of Homeland Security USCIS
City, State, ZIP+4
Washington DC 20528