AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Plaintiff

ABDESSETTAR, IBOURKI

v.

Department of Homeland Security Secretary Michael Chertoff

CASE N: 08CV1799
ASSIGN: JUDGE GUZMAN
DESIGN: MAGISTRATE JUDGE COX
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MICHAEL, CHERTOFF
US Department of Homeland Security
Washington, DC 20528

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ABDESSETTAR IBOURKI
2009 W. Arthur Ave Apt #2
Chicago IL 60645

an answer to the complaint which is herewith served upon you within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR 2 8 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 03/28/08 |
| NAME OF SERVER (PRINT) ABDESSETTAR, IBOURKI | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): ROGERS PARK POSTAL STORE
CHICAGO, IL 60626 9998
(773) 508-1201

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50.00 | $25.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 05/02/08
Date

Signature of Server

2009 W. Arthur Apt #2 chicago IL 60645
Address of Server

FILED
MAY 02 2008 TG
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4, if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) APR 10 2008 C. Date of Delivery |
| 1. Article Addressed to:<br>Department of Homeland security secretary MICHAEL CHERTOFF<br>US department of homeland security<br>Washington, DC 20528<br>_[stamp: SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY]_ | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ABDESSETTAR, (BOURK)
2009, W. Arthur Ave Apt #2
Chicago IL 60645

FILED
MAY 02 2008 TG
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

