## United States District Court for the Northern District of Illinois

Case Number: 08CV1799   Assigned/Issued By: DAJ

Judge Name: GUZMAN   Designated Magistrate Judge: COX

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
 ☐ IFP   ☐ No Fee   ☐ Other _____
 ☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

**ISSUANCES**

☑ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
 _____
 (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
 (Type of Writ)

 1  Original and  1  copies on  07/10/08  as to  US ATTORNEY
 (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05