AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Abdessettar Ibourki,
Pro Se,
   Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 cv 1799

V.

ASSIGNED JUDGE: Guzman

Michael Mukasey,
Attorney General, et al.,
   Defendants.

DESIGNATED
MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Patrick J. Fitzgerald
U.S. Attorney
219 S. Dearborn St.
Chicago, IL 60604

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ABDESSETTAR, IBOURKI
2009 W. Arthur Apt #2
Chicago, IL 60645

an answer to the complaint which is herewith served upon you within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: 10 Jul 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10 Jul 2008 |
| NAME OF SERVER (PRINT) ABDESSETTAR, BOURKI | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Pierre C. Talbert, AUSA, 219 S. Dearborn St., Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10 July 2008
Date                Signature of Server

Address of Server: 209 W. Huron Ave Apt #2, Chicago, IL 60645

FILED
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.