UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDESSETTAR IBOURKI, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 1799 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| MICHAEL MUKASEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.  See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Pierre C. Talbert
    PIERRE C. TALBERT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4088
    pierre.talbert@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on July 30, 2008, to the following non-ECF filers:

    Abdessettar Ibourki, *Pro Se*
    2009 W. Arthur Avenue, Apt. 2
    Chicago, Illinois 60645

                                                    By:  s/Pierre C. Talbert
                                                           PIERRE C. TALBERT
                                                          Assistant United States Attorney
                                                           219 South Dearborn Street
                                                           Chicago, Illinois 60604
                                                           (312) 353-4088
                                                          pierre.talbert@usdoj.gov